Blumberg's Law Products
Form B3A Application (10/05)

**United States Bankruptcy Court** NORTHERN     **District Of** ILLINOIS

In re  WILLIAM F. SEVIER            Debtor(s)    Case No. 07-9157

Chapter 7

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $299.00 in installments.
2. I am unable to pay the filing fee except in installments.
3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.
4. I propose the following terms for the payment of the Filing Fee*

   | Amount | | Timing |
   |---|---|---|
   | $74.75 | Check one | With the filing of the petition, or |
   |  |  | x  On or before |
   | $74.75 | on or before | 06/30/2007 |
   | $74.75 | on or before | 07/31/2007 |
   | $74.75 | on or before | 08/31/2007 |

   **FILED**
   UNITED STATES BANKRUPTCY COURT
   NORTHERN DISTRICT OF ILLINOIS
   MAY 18 2007
   KENNETH S. GARDNER, CLERK
   PS REP. - MCK

   * The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed an I may not receive a discharge of my debts.

_____  _____     /s/ William F. Sevier        05-17-07
Signature of Attorney        Date        Signature of Debtor          Date
                                         (In a joint case, both spouses must sign.)

Name of Attorney        Signature of Joint Debtor (if any)        Date

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See U.S.C. §110.)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

MICHAEL B. MOORE, EA                                        XXX/XX/7330
Print or Type Name and Title, if any, of Bankruptcy Petition Preparer       Social Security No. (Required by 11 U.S.C. §110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.
Address:
P.O. Box 1841, CHICAGO, IL. 60690

X  /s/ Michael B. Moore                                      01-08-07
Signature of Bankruptcy Petition Preparer                     Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person*
**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.**